

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2024

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square New York,
New York 10007

    Re:    *United States v. $3,435,676.57 in United States Currency Held in General Ledger Account No. 4050720 at Wells Fargo Bank, N.A.* (**24 Civ. 9189**)

Dear Judge Garnett:

    On December 2, 2024, the Government filed the above-captioned civil forfeiture complaint that was assigned to your Honor. Pursuant to the Court's Individual Rules and Practices Regarding Matters in which the United States Attorney for the Southern District of New York Represents a Party, the Government writes to advise the Court that the Complaint factually relates to a criminal investigation that was pending, and an indictment that was initiated in the U.S. Attorney's Office, on or prior to December 15, 2023. Specifically, the Complaint factually relates to an Indictment unsealed on September 29, 2022, *United States v. Deripaska*, et al, S1 22 Cr. 518 (S.D.N.Y.) (the "Deripaska Indictment"), and incorporates the Deripaska Indictment as an exhibit.

                                Very truly yours,

                                  DAMIAN WILLIAMS
                                United States Attorney

               by:      /s/
                     Vladislav Vainberg
                     Assistant United States Attorney
                     (212) 637-1029