UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>- against -<br><br>$3,435,676.57 IN UNITED STATES CURRENCY HELD IN GENERAL LEDGER ACCOUNT NO. 4050720 AT WELLS FARGO BANK, N.A., FORMERLY ON DEPOSIT IN ACCOUNT NO. 2502560838 ASSOCIATED WITH OCEAN STUDIOS CALIFORNIA LLC, AND ANY AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST;<br><br>    Defendant-*in-rem*. | **WARRANT FOR ARREST OF PROPERTY AND ORDER FOR NOTICE**<br><br>24 Civ. 9189 (RA) |

    A Verified Complaint for Forfeiture having been filed herein against the above-described property, and the Court having reviewed the complaint as to the following property:

> $3,435,676.57 IN UNITED STATES CURRENCY HELD IN GENERAL LEDGER ACCOUNT NO. 4050720 AT WELLS FARGO BANK, N.A., FORMERLY ON DEPOSIT IN ACCOUNT NO. 2502560838 ASSOCIATED WITH OCEAN STUDIOS CALIFORNIA LLC, AND ANY AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST

(the "Defendant-*in-rem*"), the Court hereby finds, in accordance with Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules") that: (a) the Court has jurisdiction to issue this warrant and any supplemental process pursuant to 18 U.S.C. § 981(a)(1)(C); (b) the Government has made a prima facie showing that it is entitled to the relief requested as it pertains to the Defendant-*in-rem*; (c) probable cause exists that the Defendant-*in-rem* constitutes: (i) proceeds traceable to

violations of the International Emergency Economic Powers Act ("IEEPA") and IEEPA conspiracy, in violation of Title 50, United States Code, Section 1705, Executive Orders 13660, 13661, and 13662, and Title 31, Code of Federal Regulations § 589.201.  Therefore, the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C).

    IT IS, THEREFORE, ORDERED that:

    1.    The Clerk of this Court is hereby directed to forthwith issue a Warrant for the Arrest of the Defendant-*in-rem* directing the United States Marshal or any other federal law enforcement officer authorized by law to arrest the Defendant-*in-rem*, to make return thereon, and to take it into custody pending further order of this Court;

    2.    Subsequent to the execution of the process as aforesaid, the Clerk of this Court shall issue public notice of this action and of the arrest of Defendant-*in-rem*, which notice shall be published for at least thirty (30) consecutive days on the official government internet web site www.forfeiture.gov, pursuant to Rule G(4)(a) of the Supplemental Rules.  The notice shall specify the time within which a claim and answer must be filed as required by Rule G(5) of the Supplemental Rules.  Any person claiming an interest in the Defendant-*in-rem* must file a claim no later than sixty (60) days after the first day of publication of the Notice on the official government web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier, pursuant to Rule G(5) of the Supplemental Rules.

    SO ORDERED this ___ day of December, 2024.

_____
HON. RONNIE ABRAMS
United States District Judge