Patrick F. Linehan
202 429 8154
plinehan@steptoe.com

**Steptoe**

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

February 3, 2025

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. $3,435,676.57 in United States Currency Held in General Ledger Account No. 4050720 at Wells Fargo Bank, N.A., Formerly on Deposit in Account No. 2502560838 Associated with Ocean Studios California LLC, and Any and All Funds Traceable Thereto, Including Accrued Interest*, No. 24 Civ. 9189 (S.D.N.Y. filed Dec. 2, 2024)

Dear Judge Abrams:

We represent Sparticle Ltd. ("Sparticle"), which has an interest in the defendant property at issue in the above-referenced action.  Sparticle, a Cypriot entity beneficially owned by Pavel Ezubov, was the intended recipient in the property described below ("Defendant Property"):

> Approximately $3,435,676.57 in United States currency held in General Ledger Account No. 4050720 at Wells Fargo Bank, N.A., and formerly on deposit in Account 2502560838 associated with Ocean Studios California LLC, and any and all funds traceable thereto, including accrued interest.

*See* Dkt No. 1 ¶ 1(a).  Specifically, Sparticle was the intended recipient of the Defendant Property before Wells Fargo Bank, N.A. blocked the attempt by Ocean Studios California LLC to transfer ownership of the Defendant Property to Sparticle.  Accordingly, pursuant to Supplemental Rule G(5)(a), Sparticle states its belief, under penalty of perjury, that it has an interest in the Defendant Property, and hereby asserts that interest in the above-referenced action.

Sincerely,

Patrick F. Linehan

Pavel Ezubov
Sole Shareholder, Sparticle Ltd.