Patrick F. Linehan
202 429 8154
plinehan@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

**Steptoe**

February 3, 2025

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. $3,435,676.57 in United States Currency Held in General Ledger Account No. 4050720 at Wells Fargo Bank, N.A., Formerly on Deposit in Account No. 2502560838 Associated with Ocean Studios California LLC, and Any and All Funds Traceable Thereto, Including Accrued Interest*, No. 24 Civ. 9189 (S.D.N.Y. filed Dec. 2, 2024)

Dear Judge Abrams:

We represent Pavel Ezubov, who has an interest in the defendant property at issue in the above-referenced action. Mr. Ezubov is the ultimate beneficial owner of Ocean Studios Ltd. ("OS Ltd."), which has held a 100% ownership interest in Ocean Studios California LLC.[1]  Ocean Studios California LLC holds an interest in the following property, which is the defendant *in rem* in the above-referenced action:

> Approximately $3,435,676.57 in United States currency held in General Ledger Account No. 4050720 at Wells Fargo Bank, N.A., and formerly on deposit in Account 2502560838 associated with Ocean Studios California LLC, and any and all funds traceable thereto, including accrued interest.

*See* Dkt No. 1 ¶ 1(a) (hereinafter "Property Interest").

---

[1] OS Ltd., an entity incorporated in the British Virgin Islands, was dissolved on November 10, 2023. Under British Virgin Islands law (the BVI Business Companies Act 2004, as amended), the property of a BVI-registered company that has been dissolved vests in the Crown. When a company is restored to the Register of Companies, any property, other than money, that was vested in the Crown must be returned to the company upon its restoration, and the company is deemed never to have been struck off the Register and dissolved. Mr. Ezubov, as OS Ltd.'s director, is one of the persons entitled to seek the restoration of OS Ltd. and is in the process of doing so.

Accordingly, pursuant to Supplemental Rule G(5)(a), Mr. Ezubov states his belief, under penalty of perjury, that he has an interest in the Property Interest, and hereby asserts that interest in the above-referenced action.

Sincerely,

Patrick F. Linehan

Pavel Ezubov
Claimant