UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>$3,435,676.57 IN UNITED STATES CURRENCY HELD IN GENERAL LEDGER ACCOUNT NO. 4050720 AT WELLS FARGO BANK, N.A., FORMERLY ON DEPOSIT IN ACCOUNT NO. 2502560838 ASSOCIATED WITH OCEAN STUDIOS CALIFORNIA LLC, AND ANY AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,<br><br>                    Defendant *In Rem*. | 24-CV-9189 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On February 24, 2025, Claimants Sparticle Ltd. and Pavel Ezubov filed a motion to dismiss the complaint in this action. *See* ECF Nos. 13, 15. To date, no opposition has been filed. If the Government seeks to oppose the motion to dismiss, it shall do so no later than April 15, 2025.

SO ORDERED.

Dated:   April 8, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge