# Exhibit 1

## DECLARATION OF TRUST

| We | **HOSPINA LIMITED** |
|---|---|
| of | 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, British Virgin Islands |

Hereby acknowledge and declare that we hold the shares shown in the Schedule hereto registered in our name as Nominee of and Trustee for

| Name | **Mr. Pavel Ezubov** |
|---|---|

(hereinafter called "the Owner") and we undertake and agree not to transfer, deal with or dispose of the said shares or any of them save as the Owner may from time to time direct. And further to give full effect to the trust hereby declared we hereby deposit with the Owners the Certificate for the said shares together with an instrument of transfer execute by us in blank and we hereby expressly authorise and empower the Owner at any time to complete such transfer in inserting the name or names of any transferees and the date of the transfer and to complete the same in any other necessary particular. And we declare that this authority is irrevocable by us. And we further undertake and agree to account to the Owners for all dividends and profits which may be paid to us from time to time upon the said shares and for all other money or profit which may be payable to us in respect thereof. And we further undertake and agree to exercise our voting powers as holder of the said shares in such a manner and for such purposes as the Owners may from time to time direct or determine.

**SCHEDULE**

| Name of company | **Ocean Studio Ltd.** | | | |
|---|---|---|---|---|
| No. of shares | 1-100 | | (100 SHARES) | |
| Serial No. of shares | from | 1 | to | 100 |
| Nominal value of each share | USD 1,00 | | | |
| Nominal value of total shares | USD 1,00 | | | |

Nominee and Trustee                                     Ultimate Beneficial Owner

..../M. Lorzicke......                                  ......[signature]......
Hospina Ltd.                                            Mr. Pavel Ezubov

Witness of the signature of                             Witness of the signature of
Nominee and Trustee                                     Ultimate Beneficial Owner

......[signature]......                                 ......[signature]......

| Date | April 27, 2018 |
|---|---|