# Exhibit 2

Monday, July 03, 2017
Page   1
OGIERS\MARLA

**160392.00041**　　　　　　　　　　　　　　　**Ocean Studio Ltd.**　　　　　　　Registered No.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1413237

### Register of Members  -  Historical Data as of 07/03/17

| Currency Code | Share Class | Share Class Description | Authorised | Par Value | Issued Shares | Issued Value | Share Premium |
|---|---|---|---|---|---|---|---|
| USD | ORD | Ordinary Shares | 100.00 | 1.00 | 100.00 | 100.00 | 0.00 |

**Share Holder**　　EN05509　　Mr Oleg Deripaska   c/o Mr Paul E. Hauser, Bryan Cave LLP, London, EC2V 7AJ, EC2V 7AJ
**Date Appointed**　　06/26/07　　**Date Ceased to be a Member**　　02/15/16

| Posting Date | Certificate No. | Shares | Amount | Amount Paid | Running Balance | Description | Allocation Method | Share Numbers |
|---|---|---|---|---|---|---|---|---|
| 06/26/07 | 1 | 100.00 | 100.00 | 100.00 | 100.00 | Issue of a Fully Paid 1.00 USD ORD Share. | Individual | - |
| 02/15/16 | 1 | -100.00 | -100.00 | -100.00 | 0.00 | Cancellation of Fully Paid 1.00 USD ORD Share Certificate. | Individual | - |
| **Total for Share Holder** | | 0.00 | | | 0.00 | | | |

**Share Holder**　　EN10009　　DELCOM SERVICES CORP   Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands
**Date Appointed**　　02/15/16　　**Date Ceased to be a Member**　　06/27/17

| Posting Date | Certificate No. | Shares | Amount | Amount Paid | Running Balance | Description | Allocation Method | Share Numbers |
|---|---|---|---|---|---|---|---|---|
| 02/15/16 | 2 | 100.00 | 100.00 | 100.00 | 100.00 | Issue of a Fully Paid 1.00 USD ORD Share. | Individual | - |
| 06/27/17 | 2 | -100.00 | -100.00 | -100.00 | 0.00 | Cancellation of Fully Paid 1.00 USD ORD Share Certificate. | Individual | - |
| **Total for Share Holder** | | 0.00 | | | 0.00 | | | |

**Share Holder**　　EN10993　　HOSPINA LIMITED   19 Waterfront Drive , P.O. Box 3540, Road Town , Tortola, British Virgin Islands
**Date Appointed**　　06/27/17　　**Date Ceased to be a Member**

| Posting Date | Certificate No. | Shares | Amount | Amount Paid | Running Balance | Description | Allocation Method | Share Numbers |
|---|---|---|---|---|---|---|---|---|
| 06/27/17 | 3 | 100.00 | 100.00 | 100.00 | 100.00 | Issue of a Fully Paid 1.00 USD ORD Share. | Individual | - |
| **Total for Share Holder** | | 100.00 | | | 100.00 | | | |