AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-CV-9189 (RA) |
| $3,435,676.57 in United States Currency... | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date:   09/11/2025

/s/ Jennifer Jude
*Attorney's signature*

Jennifer Jude
*Printed name and bar number*

United States Attorney's Office
86 Chambers Street, 3rd floor
New York, NY 10007
*Address*

jennifer.jude@usdoj.gov
*E-mail address*

(212) 637-2663
*Telephone number*

(212) 637-2686
*FAX number*