**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-cv-9189-RA |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| $3,435,676.57 IN UNITED STATES CURRENCY HELD IN GENERAL LEDGER ACCOUNT NO. 4050720 AT WELLS FARGO BANK, N.A., FORMERLY ON DEPOSIT IN ACCOUNT NO. 2502560838 ASSOCIATED WITH OCEAN STUDIOS CALIFORNIA LLC, AND ANY AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST. | |
| Defendant-in-Rem. | |

**PLEASE TAKE NOTICE** that Dan G. Boyle of Boies Schiller Flexner LLP, hereby enters an appearance as counsel of record for Claimants Sparticle, Ltd., and Pavel Ezubov in the above-captioned action.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated: April 16, 2026

BOIES SCHILLER FLEXNER LLP

By: */s/ Dan G. Boyle*
Dan G. Boyle
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
(213) 995-5732
dboyle@bsfllp.com

*Counsel for Claimants*