UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

$3,435,676.57 IN UNITED STATES
CURRENCY HELD IN GENERAL LEDGER
ACCOUNT NO. 4050720 AT WELLS FARGO
BANK, N.A., FORMERLY ON DEPOSIT IN
ACCOUNT NO. 2502560838 ASSOCIATED
WITH OCEAN STUDIOS CALIFORNIA LLC,
AND ANY AND ALL FUNDS TRACEABLE
THERETO, INCLUDING ACCRUED
INTEREST,

     Defendant-*in rem*.

24-CV-9189 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  A post-fact-discovery conference in this matter was previously scheduled for June 26, 2026. As set forth in the Case Management Plan and Scheduling Order, *see* Dkt. No. 48, no later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. If the parties seek to adjourn the conference, they shall notify the Court as soon as possible.

  Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public

SO ORDERED.

Dated: June 23, 2026
   New York, New York

          Ronnie Abrams
          United States District Judge