UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

$3,435,676.57 IN UNITED STATES CURRENCY HELD IN GENERAL LEDGER ACCOUNT NO. 4050720 AT WELLS FARGO BANK, N.A., FORMERLY ON DEPOSIT IN ACCOUNT NO. 2502560838 ASSOCIATED WITH OCEAN STUDIOS CALIFORNIA LLC, AND ANY AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________
DATE FILED: 9/28/2026

**ORDER**

**24-CV-9189 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On August 31, 2026, Claimants Pavel Ezubov and Sparticle, Ltd. ("Claimants") filed a letter requesting a conference in connection with their pending motion to compel the Government to produce certain documents that the Government has withheld on privilege/work product grounds. (ECF No. 59)

In advance of the November 5, 2026 conference scheduled to address the issue raised in the letter, the Government is directed to submit to the undersigned's Chamber's email the privilege log applicable to the documents and the documents for in camera review. The submission should be made by October 15, 2025 on an ex parte basis.[1]

[1] The Government shall send the documents to the Court via email at Parker_NYSDChambers@nysd.uscourts.gov

**SO ORDERED.**

Dated: September 28, 2026
New York, New York

KATHARINE H. PARKER
United States Magistrate Judge