UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

$3,435,676.57 IN UNITED STATES CURRENCY HELD IN GENERAL LEDGER ACCOUNT NO. 4050720 AT WELLS FARGO BANK, N.A., FORMERLY ON DEPOSIT IN ACCOUNT NO. 2502560838 ASSOCIATED WITH OCEAN STUDIOS CALIFORNIA LLC, AND ANY AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

**ORDER**

**24-CV-9189 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On October 27, 2026, Claimants requested a clarification to this Court's September 28, 2026 Order (ECF No. 66) directing the Government to submit a log of certain documents it has withheld on work product grounds for *in camera* review. (ECF No. 69). Claimants ask the Court to direct the Government to submit a copy of the privilege log applicable to the documents for *in camera* review to Claimants in anticipation of the upcoming November 5, 2026 hearing. Claimants' request is **GRANTED**. The log shall be produced to Claimants by October 29, 2026.

**SO ORDERED.**

Dated: October 28, 2026
New York, New York

KATHARINE H. PARKER
United States Magistrate Judge